478 A.2d 58

Commonwealth v. McCoy, Appellant.

 Submitted February 27, 1984. John H. Corbett, Jr., Public Defender, for appellant; Kemal A. Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Order affirmed.